David E. Stanley (SBN 144025)
Email:   dstanley@reedsmith.com
REED SMITH LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA  90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorney for Defendant
Astora Women's Health, LLC (f/k/a
American Medical Systems, Inc.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA MUNOZ and GUILLERMO MUNOZ,<br><br>             Plaintiffs,<br><br>      vs.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>             Defendant. | Case No. 2:20-cv-01640-ODW-JPR<br><br>**JOINT STIPULATION REGARDING REFILING AND CALENDARING MOTION FOR PARTIAL SUMMARY JUDGMENT FROM TRANSFEROR COURT** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1. This case was filed in the United States District Court for the Southern District of West Virginia as part of the *In Re: American Medical Systems, Inc. Pelvic Repair System Products Liability Litigation* multi-district litigation for coordinated pretrial proceedings. While pending in that court, Astora Women's Health, LLC (f/k/a American Medical Systems, Inc.) ("AMS") filed a Motion for Partial Summary Judgment (the "Motion"). The Motion was fully briefed and complies with the Southern District of West Virginia Local Rules.[1]

2. On February 20, 2020, this case was transferred to the United States District Court for the Central District of California, pursuant to Transfer Order (ECF No. 40), and assigned to the Honorable Otis D. Wright, II.

3. On February 26, 2020, this Court issued a Minute Order in Chambers denying the Motion as moot and holding that AMS may refile the Motion on the Court's calendar per Central District of California Local Rule 6.

4. By way of this stipulation, the parties refile the Motion for Partial Summary Judgment, its Opposition, and its Reply, attached hereto as **Exhibits A, B, and C**, respectively, and request the Court to calendar the hearing date for August 17, 2020 at 1:30 p.m.

5. The aforementioned hearing date complies with Central District of California Local Rule 6 and its requirement for twenty-eight (28) days' notice before the date set for hearing.

---

[1] The parties also filed generic and case-specific *Daubert* motions in the transferor court. The parties agree to put AMS's Motion for Partial Summary Judgment on calendar now and intend to file and calendar the *Daubert* motions closer to the trial date.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

6. The parties, by their undersigned counsel, agree to entry of the order submitted herewith, subject to the approval of the Court.

**IT IS SO STIPULATED.**

DATED:  June 5, 2020                     */s/ Kathryn Grace Hooten* [2]
                                          Kathryn Grace Hooten, Esq.
                                          CLARK, LOVE & HUSTON GP

                                          Attorneys for Plaintiffs Hilda Munoz and Guillermo Munoz

DATED:  June 5, 2020                     */s/  David E. Stanley*
                                          David E. Stanley
                                          REED SMITH LLP

                                          Attorneys for Defendant Astora Women's Health, LLC (f/k/a American Medical Systems, Inc.)

---

[2] Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), filing counsel attests that all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing. See p. 4.

– 4 –

**SIGNATURE ATTESTATION**

I hereby certify that concurrence in the filing's content and authorization of the filing was obtained from the attorney for Plaintiffs Hilda Munoz and Guillermo Munoz.

DATED: June 5, 2020

/s/ David E. Stanley
David E. Stanley
REED SMITH LLP

Attorneys for Defendant Astora Women's Health, LLC (f/k/a American Medical Systems, Inc.)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware